UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

CARLOS CARDOSO, individually and on behalf
of others similarly situated,

                                        Plaintiff,

                                                    Case No. 7:25-cv-01233 (KMK)
                  Against-                              ANSWER
                                                       TO COMPLAINT

BIGG MEALS INC (D/B/A BIGG BELLY)
and MATHEW SHAJI,

                                        Defendants,

-------------------------------------------------------------------------x

BIGG MEALS INC and SHAJI MATHEW hereby appear through their attorneys,

FEIDEN LAW FIRM, and as and for their answer to the Complaint, respectfully state and allege

as follows:

1.      Defendants admit the truth of the allegations contained in Paragraphs "1", "2",

"3", "4", "5", "15", "17", "18", "20", "21", "23", "27", "35", "36", "38", "39", "40", "43" and

"72" of the Complaint.

2.      Defendants deny each and every allegation contained in the Paragraphs "6", "7",

"8", "9", "19", "22", "24", "25", "26", "30", "31", "34", "37", "42", "44", "45", "46", "47", "49",

"50", "55", "56", "57", "58", "59", "61", "62", "63", "64", "65", "66", "67", "69", "70", "73",

"75", "76", "77", "79","80", "81", "83", "84", "85", "87", "88", "89", "92", and "93" of the

Complaint.

3.      Defendants deny each and every allegation contained in Paragraphs "10", "11",

"12" and"13" except refer to the Court for interpretation of the law set forth in the Complaint.

4.      Defendants deny each and every allegation contained in Paragraph "28" except

admit as to the corporate defendant only that gross annual sales in the year 2023 were not less

than $500,000.

5.      Defendants denies each and every allegation contained in Paragraphs "32" and "33" except admit that plaintiff was employed by the corporate defendant.

6.      Defendants deny each and every allegation contained in Paragraph "41" except admit that plaintiff was paid certain wages by Zelle.

7.      Defendants deny each and every allegation contained in Paragraphs "48", "51, "52", "53", "54", "60" and "91" except admit that Plaintiff refused to supply his social security number for payroll purposes.

8.      Defendants deny each and every allegation contained in Paragraph "68" except defer to the Court for legal conclusions contained therein.

9.      Defendants deny each and every allegation contained in Paragraph "74" except admit that for the years 2023 and 2024 the corporate defendant only was engaged in an enterprise.

10.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "14", "16" and "29".

<u>AS AND FOR A FIRST AFFIRMATIVE DEFENSE</u>

11.      The Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

<u>AS AND FOR A SECOND AFFIRMATIVE DEFENSE</u>

12.     Plaintiff has failed to make reasonable efforts to mitigate his damages, if any.

<u>AS AND FOR A THIRD AFFIRMATIVE DEFENSE</u>

13.     All or some of the claims alleged in the Complaint are barred because defendants acted reasonably and/or in good faith and/or pursuant to valid business reasons.

<u>AS AND FOR A FOURTH AFFIRMATIVE DEFENSE</u>

14.    Plaintiff has failed to state a basis for an award of exemplary and/or punitive damages.

<u>AS AND FOR A FIFTH AFFIRMATIVE DEFENSE</u>

15.    Plaintiff suffered no injury or harm by defendants nor is there a likelihood of injury by defendants.

Defendants hereby reserve the right to add, supplement, modify, change or amend any discovery and/or investigation.

WHEREFORE, it is respectfully requested that the Court grant judgment in favor of the defendants, BIGG MEALS INC and SHAJI MATHEW, dismissing the Complaint in its entirety, granting the defendants the costs and disbursements of this action, the legal fees and disbursements expended in its defense and for such other relief as may be just, proper and equitable herein.

Dated: New City, New York
       May 16, 2025

_Larraine S. Feiden_

Larraine S. Feiden, Esq. (LF 7818)
Feiden Law Firm
Attorney for Defendant
146 Maple Avenue
New City, New York 10956
845-735-8500
Larraine@feidenlaw.com

TO:    Michael Faillace, Esq.(MF-8436
       CSM Legal, P.C.
       Attorney for Plaintiff
       60 East 42nd Street, Suite 4510
       New York, New York 10165
       212-317-1200
       michael@faillacelaw.com