Case 7:25-cv-01233-KMK-JCM Document 62 Filed 07/16/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CARLOS CARDOSO, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

BIGG MEALS INC (D/B/A BIGG BELLY) and MATHEW SHAJI,

*Defendants,*

-----------------------------------------------------------X

Index No.: 7:25-cv-01233-KMK

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To: Larraine Feiden, Esq.
Feiden Law Firm
146 Maple Avenue
New City, New York 10956
845-638-5099
Larraine@feidenlaw.com
*Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff Carlos Cardoso, hereby accepts the offer of judgment made by Defendants Bigg Meals Inc (D/B/A Bigg Belly) and Mathew Shaji, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated July 6, 2026. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
July 16, 2026

/s/ Robert Jun
Robert Jun
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
(212) 317-1200
*Attorneys for Plaintiff*

The Clerk is respectfully requested to close this case.

So Ordered.

7/20/26